## Richard B. HIME, Claimant-Appellant

### v.

## David J. SHULKIN, Secretary of Veterans Affairs, Respondent-Appellee

### 2016-2123

United States Court of Appeals, Federal Circuit.

March 20, 2017

SANDRA WALDORF WISCHOW, Goodman Allen Donnelly PLLC, Glen Allen, VA, argued for claimant-appellant. Also represented by ERIN ELIZABETH RALSTON.

ADAM E. LYONS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, ar-

gued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Martin F. Hockey, Jr., L. Misha Preheim; Amanda Blackmon, Y. Ken Lee, Office of General Counsel, Department of Veterans Affairs, Washington, DC.

(Prost , Chief Judge, Clevenger and Reyna , Circuit Judges ).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**